IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EARL DEARMON,

      Plaintiff,                        No. CIV S-09-1309 GGH P

   vs.

CITY OF ALBANY, et al.,

      Defendants.               ORDER FOR PAYMENT

_____/     OF INMATE FILING FEE

To: The Sheriff of Solano County, Attention: Inmate Trust Account, 500 Union Avenue, Fairfield, California, 94533:

      Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Solano County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

      In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

      1. The Solano County Sheriff or a designee shall collect monthly payments from

1  plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's
2  income credited to the prisoner's trust account and shall forward those payments to the Clerk of
3  the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C.
4  § 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of the Court.
5  The payments shall be clearly identified by the name and number assigned to this action.
6      2. The Clerk of the Court is directed to serve a copy of this order and a copy of
7  plaintiff's signed in forma pauperis affidavit on the Sheriff of Solano County, Attention: Inmate
8  Trust Account, 500 Union Avenue, Fairfield, California, 94533.
9      4.  The Clerk of the Court is directed to serve a copy of this order on the Financial
10 Department of the court.
11 DATED: June 9, 2009

       /s/ Gregory G. Hollows
    _____
    UNITED STATES MAGISTRATE JUDGE

16 dear1309.cdc