IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EARL DEARMON, JR.,

    Plaintiff,    No. CIV S-09-1309 GGH P

    vs.

CITY OF ALBANY, et al.,

    Defendants.

_____/    ORDER

    Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 10, 2009, the court issued an order finding that the complaint stated a colorable excessive force claim against defendants Arthur and Aries Pagsolingan. The court found that the remaining claims in the amended complaint were not colorable and granted plaintiff thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court orders service of both defendants Pagsolingan and separately recommends dismissal of the remaining claims.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Service is appropriate for the following defendants: Arthur Pagsolingan, Aries Pagsolingan.

\\\\\

1

1  2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,
2  an instruction sheet and a copy of the complaint filed May 12, 2009.
3  3. Within thirty days from the date of this order, plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the following documents to the court:
5      a. The completed Notice of Submission of Documents;
6      b. One completed summons;
7      c. One completed USM-285 form for each defendant listed in number 3
8      above; and
9      d. Three copies of the endorsed complaint filed May 12, 2009.
10  4. Plaintiff need not attempt service on defendants and need not request waiver of
11  service.  Upon receipt of the above-described documents, the court will direct the United States
12  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
13  without payment of costs.
14  DATED: August 7, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

dear1309.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EARL DEARMON, JR.,

      Plaintiff,                                 No. CIV S-09-1309 GGH P

      vs.

CITY OF ALBANY, et al.,                  <u>NOTICE OF SUBMISSION</u>

      Defendants.                           <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____  completed summons form

      _____  completed USM-285 forms

      _____  copies of the _____
                             Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff