1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT EARL DEARMON, JR.,

11          Plaintiff,              No. CIV S-09-1309 LKK GGH P

12      vs.

13   CITY OF ALBANY, et al.,

14          Defendants.

15   _____/        ORDER

16          On December 24, 2009, the Honorable Lawrence K. Karlton ordered the

17   complaint to be served on defendant City of Albany.

18          In accordance with the above, IT IS HEREBY ORDERED that:

19          1.  The Clerk of the Court shall send plaintiff 1 USM-285 form, one summons, an

20   instruction sheet and a copy of the complaint filed May 12, 2009.

21          2.  Within thirty days from the date of this order, plaintiff shall complete the

22   attached Notice of Submission of Documents and submit the following documents to the court:

23              a.  The completed Notice of Submission of Documents;

24              b.  One completed summons;

25              c.  One completed USM-285 form for each defendant listed in number 3

26              above; and

1

1          d.  Two copies of the endorsed complaint filed May 12, 2009.

2          3.  Plaintiff need not attempt service on defendants and need not request waiver of

3    service.  Upon receipt of the above-described documents, the court will direct the United States

4    Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

5    without payment of costs.

6    DATED: January 14, 2010

7

8                                                    /s/ Gregory G. Hollows
                                                     _____
9                                                    UNITED STATES MAGISTRATE JUDGE

10   dear1309.ord

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT EARL DEARMON, JR.,

11            Plaintiff,                        No. CIV S-09 1309 LKK GGH P

12        vs.

13   CITY OF ALBANY, et al.,                    NOTICE OF SUBMISSION

14            Defendants.                       OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____        completed summons form

19            _____        completed USM-285 forms

20            _____        copies of the _____

21   DATED:                        Complaint/Amended Complaint

22

23                                          _____

24                                          Plaintiff

25

26