IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EARL DEARMON,

      Plaintiff,                 No. 2:09-cv-1309 LKK KJN P

    vs.

CITY OF ALBANY,              <u>ORDER AND REVISED</u>

      Defendant.          <u>SCHEDULING ORDER</u>

_____/

        Plaintiff has requested an extension of time to conduct discovery pursuant to the court's order of April 16, 2010. Defendant has filed a statement of non-opposition, but asks the court to reset the discovery deadline if plaintiff's request is granted. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 15, 2010 motion for an extension of time is granted. (Dkt. No. 31.) Plaintiff is granted thirty days from the date of this order in which to answer defendant's interrogatories, first set of document requests and request for admissions.

        2. In light of this extension of time, the discovery deadline is extended from

////

////

////

1  August 3, 2010, to October 18, 2010.  The pretrial motions deadline, as defined in this court's

2  April 16, 2010 order, is extended from September 28, 2010 to November 30, 2010.

3  DATED:  July 26, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dear1309.36